UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:09-CR-109(01) RM |
| ) | |
| TITO MONTES ALVAREZ ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 7, 2010 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Tito Montes Alvarez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 8 U.S.C. § 1326(a) and (b)(1).

SO ORDERED.

ENTERED: January 27, 2010

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court